JULY 8, 1983

No. 82–1859. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. *v.* OGILVIE, AS TRUSTEE OF THE PROPERTY OF CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO., ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 3, 1983

No. 82–1147. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (AFL–CIO) ET AL. *v.* NATIONAL CONSTRUCTORS ASSN. ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

No. 82–5934. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 5, 1983

No. A–66 (81–5698). SONNIER *v.* LOUISIANA, *ante*, p. 1229. Application for suspension of the order of the Court denying the petition for writ of certiorari pending the disposition of the petition for rehearing, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. THE CHIEF JUSTICE and JUSTICE O'CONNOR took no part in the consideration or decision of this application.